IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Justin Fishbein,                           :
                        Petitioner    :
                                           :
            v.                             :            No. 536 C.D. 2017
                                           :
Unemployment Compensation         :
Board of Review,                          :
                   Respondent :

# **O R D E R**

NOW, December 28, 2017, upon consideration of petitioner's application for reconsideration, the application is denied.

MARY HANNAH LEAVITT,
President Judge